(INND Rev. 8/16)

**Amended**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.*]

Iredell Sanders
_____
[You are the **PLAINTIFF**, print your full name on this line.]

v.

St. Joseph County
_____
[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:19CV 130
[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] (Jailer) St. Joseph County | ~~4161 Lathrop St. South Bend Indiana 46628~~ IS Northern Indiana |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? __1__

2. What is your address? 116 N. Olive St. South Bend Indiana 46628

3. What is your telephone number: (574) 222-4544

4. Have you ever sued anyone for these exact same claims?
   - ☑ No.
   - ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I wrote a letter to my counselor, WNIT television station, the South Bend Tribune, and the mayor of South Bend. I wanted to talk to my counselor before I did any of this. It was my second time going to her office. The first time I waited in the lobby for some tin before being told that she was not in. The second time, the lady walked to the back and return with the same answer. She said that my counselor was not in. I had just written a letter about how I was feeling and was looking for some help coping. So I ask the lady to give my counselor a copy. I left there and went to WNIT TV and dropped a letter for help. I the crossed the street and dropped a letter at the mayors office. I went to blocks down and dropped a letter at the Tribune. I went down the street to the Crock Center food pantry to get something to eat. When I came out there were two police officers from the DUCOMB Center waiting for me. They said she said that she wanted to take me in for some questioning to make sure that I was alright. I said ok. They took my bike and food and put it into the trunk. I got ready to get in the car but they stopped me. They said that I could not get in without being hand cuffed. They cuffed me and we went to the DUCOMB Center. They lock me in this very small and very cold cell. They kept me there for quit some time but came to apologize for it being so cold. A man with long hair came in and ask me if I was alright. I told him about how the judge said he would let me go out of state to attended an internship, but the day before my case worker started threatening me that he would not let me go if I did not give him more

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

money. I had a job at the Good-Will at 4 hours a day and still paying child support.

I was in college too over part time. The Judge ordered me to go to school too. The

day before all of this and the letters my case worker was telling me he was going

to have to stop me from going to school if I did not get a full time job and pay

more. I told him that I would do my best but please don't mess with my education.

As soon as I left the building I started to cry because I knew that I had never had---

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ☑ No.
- ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

I lost my children. I want them to staff a doctor and on call doctors for immediate

care for people on medications. I want my life back. My education back. My kids

back. All of that is going to take some tens of thousands of dollars. It was horrible.

Much anguish, stress, and suffering. $25,000 to 30,000 dollars might get their

attention back on justice .

FILING FEE – Are you paying the filing fee?
- ☐ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_IS_ I will keep a copy of this complaint for my records.
_IS_ I will promptly notify the court of any change of address.
_IS_ I declare **under penalty of perjury** that the statements in this complaint are true.

_(signature)_                                        03/27/19
Signature                                            Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

------ made that kind of money ever in my life. I wanted to give up on life because there was nothing left for me without the promise or hope that education brings. So I wrote the letter trying to get the word out that I needed help. The guy with the long hair said that he would not let me go. He said that he did not want to let me go and that he had someone to commit suicide on him before. The said that he was going to keep me for 72 hours of observation. He said that he would try to get me to Oak Lawn. I told him my doctor's name at Oak Lawn and that I had medication. I stayed the night there, the next night and the next night. After 72 hours I filled out a request form to speak with a case worker. No one came.

I filled out another one the next morning for a different case worker. She came and told me it was not her case but she would pass it on. Finally my case worker came just before the end of business hours.

I ask could I leave. He just slid me a piece of paper and told me to sign it promising to pay him some money. I signed it and gave it back and asked could I go home. He said that he would ask his boss tomorrow. It was the same kind of contract that they made me sign promising to pay the DUCOMB center when I bailed out. I was charged but had not been convicted of any crime.

Then day 8, day, 9. My uncle dropped me off some money so that I could make phone calls to my mother. It was just shy of two weeks that I was locked up in that place without seeing my doctor or any medication. I am surprised that I did not act out going so long without my medication. Then one day right after dinner two armed men came in and told me to stand up, turn around, that I was under arrest. They took me to the county jail where I sent 5 months. I accuse them of false imprisonment. I accuse them of neglect. I accuse the DUCOMB center of medical malpractice or incompetence. I accuse them of peonage. I lost my jobs. I lost funding for school. I lost two paid internships and I had to settle for Notre Dame Internship.