AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

IREDELL SANDERS
    Plaintiff

v.   Civil Action No.  3:19cv130

DUCOMB CENTER
Jailer
*(termed 6/27/2019)*,
ST. JOSEPH COUNTY
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____ , plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____ .

**X** Other:   This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Damon R. Leichty   on a Motion to Dismiss for Failure to State a Claim.

DATE:   9/23/2019                                    ROBERT TRGOVICH, CLERK OF COURT
                                                                            by   s/R. Figueroa
                                                                             *Signature of Clerk or Deputy Clerk*